# Exhibit 12-B




*First Alton Inc.*
*450 Alton Rd. Ste 1603*
*Miami Beach, FL 33139 USA*

**INVOICE**

**Date:** **7-23-2015**

**Invoice Number:** **07231501**

**Due Date:** **08/15/15**

**FROM:** **First Alton Inc.**
450 Alton Rd #1603
Miami Beach, FL 33139 USA

**TO:** **Acai Investments Limited**
Craigmuir Chambers
Road Town, Tortola
VG 1110, British Virgin Islands

**TAX NOT APPLICABLE**

| Description | Total |
|---|---|
| Consultancy Fees | USD 3,977,888.05 |

**Please arrange for payment to be made to:**

**Name: First Alton Inc.**
**Bank: Wells Fargo**
**Account:** [redacted]**0267**
**SWIFT Code: WFBIUS6S**
**Bank Address:** Wells Fargo
784 Broadway
New York, NY 10003 USA

Thank you,

Roger Lehman
Director, First Alton Inc.